AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Martin Kao,
Lawrence "Kahele" Lum Kee,
and Clifford Chen

*Defendant*

Case: 1:22-cr-00048
Assigned to: Judge Nichols, Carl J.
Assign Date: 2/10/2022
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **MARTIN KAO**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy)
52 U.S.C. §§ 30122, 30109 and 2 (Contributions in the Name of Another)
52 U.S.C. §§ 30119, 30109 and 2 (Contributions by Government Contractors)
18 U.S.C. §§ 1001 and 2 (False Statements)

Robin M. Meriweather
2022.02.10 15:27:15
-05'00'

Date: 02/10/2022

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

HON. ROBIN M. MERIWEATHER
*Printed name and title*

### Return

This warrant was received on *(date)* 02/16/22, and the person was arrested on *(date)* 02/22/22
at *(city and state)* Kapolei, HI

Date: 02/25/22

*Arresting officer's signature*

SA Carly Wilson
*Printed name and title*