CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )     Criminal Case No.: CR 22-048-01 (CJN)
)
)
Martin Kao )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

*Michelle Peterson*
_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
Carl J. Nichols

United States District Judge

Date: September 27, 2022