UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARTIN KAO,**<br><br>*Defendant.* | Case No. 22-CR-48 (CJN/GMH) |

**UNOPPOSED MOTION TO VACATE HEARING ON ABILITY TO PAY FINE**

    Undersigned counsel was appointed to represent Mr. Kao when he became unable to continue to pay for legal counsel. He has since pleaded guilty in this case and is pending sentencing. He has also pleaded guilty in another matter in Honolulu, HA, wherein he is also pending sentencing. Neither party has any reason to believe Mr. Kao has the ability to make any contribution towards his legal representation at this time. The parties respectfully request that the hearing be vacated and that upon conclusion of his sentencing in each of these matters, the parties advise the Court so that the Court can set another hearing if it deems appropriate.

                                                    Respectfully Submitted,

                                                    A.J. KRAMER
                                                    FEDERAL PUBLIC DEFENDER

                                                    Michelle Peterson
                                                    Chief Assistant Federal Public Defender
                                                    625 Indiana Avenue, N.W., Suite 550
                                                    Washington, D.C. 20004
                                                    (202) 208-7500