UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN KAO,<br><br>*Defendant.* | Case No. 22-CR-48 (CJN) |

**UNOPPOSED MOTION TO VACATE SENTENCING HEARING AND RELATED FILING DATES AND SET A DATE FOR A STATUS REPORT TO BE FILED**

Mr. Kao, through undersigned counsel, respectfully requests that the sentencing in his matter be continued until after his sentencing in Hawaii. As the Court is aware, the government agreed not to oppose concurrent time with whatever time he receives in the case currently pending in the District of Hawaii. While this Court will ultimately decide whether to follow that recommendation, it will not be possible to do so unless Mr. Kao has been sentenced in the District of Hawaii. Because the date for the proceedings in Hawaii is uncertain at this time, the parties suggest vacating the sentencing date and related dates for submission of objections to the PSR, the issuance of the final PSR, and sentencing memos, and instead direct the parties to file a joint status report in 90 days. The government does not oppose this request.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500