UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARTIN KAO,**<br><br>*Defendant.* | **Case No. 22-CR-48 (CJN)** |

## JOINT STATUS REPORT

Mr. Kao, through undersigned counsel, respectfully requests that the Court further delay his sentencing in his matter until after his sentencing in Hawaii. As the Court is aware, the government agreed not to oppose concurrent time with whatever time he receives in the case currently pending in the District of Hawaii. While this Court will ultimately decide whether to follow that recommendation, it will not be possible to do so unless Mr. Kao has been sentenced in the District of Hawaii. It appears Mr. Kao will be sentenced in one of his cases in Hawaii in September but the other case remains pending. The parties propose to file a further status after the sentencing in the first case has concluded and, depending on the outcome of that case, will suggest a date for sentencing in this case.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500