UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No: 1:22-CR-00048 (CJN) |
| : | |
| MARTIN KAO : | |
| : | |
| Defendant. : | |

## STATUS REPORT

On September 27, 2022, Defendant Martin Kao pleaded guilty in the present matter pursuant to a plea agreement. *See* Dkt. No. 33. As part of this agreement, the Government agreed not to object to any request that a sentence imposed on the Defendant in the current matter be served concurrently with any sentence from the Defendant's other criminal conviction in the District of Hawaii (Case No. 22-cr-48). The Defendant requested that the Court continue his sentencing in the District of Columbia until after he had been sentenced in Hawaii. *See* Dkt. No. 48. This request has been renewed and granted. *See* Dkt. No. 65. At the time of the second request to schedule sentencing in this matter after the conclusion of sentencing in the District of Hawaii, the parties represented to the Court that sentencing in the District of Hawaii was scheduled to take place in September 2023. Presently, sentencing in the District of Hawaii has been continued until April 4, 2024. See Dkt. No. 110. Accordingly, the parties respectfully propose updating the Court on the resolution of sentencing in the District of Hawaii no more than one week after the sentencing hearing is concluded.

DATED this 9th day of October 2023.

        Respectfully submitted,

        MATTHEW GRAVES
        United States Attorney

BY:  */s/ Joshua Rothstein*
    Joshua Rothstein
    NY Bar No. 4453759
    Assistant United States Attorney
    United States Attorney's Office
    601 D Street, N.W.
    Washington, D.C. 20579
    Telephone: (202) 252-7164
    Joshua.Rothstein@usdoj.gov

    COREY R. AMUNDSON
    Chief, Public Integrity Section
    U.S. Department of Justice
    Louisiana Bar No. 28865

By:  */s/ Lauren Castaldi*
    LAUREN CASTALDI
    Trial Attorney
    Massachusetts Bar No. 669957
    1301 New York Ave. NW
    Washington, DC 20052
    Telephone: (202) 305-4495

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

 */s/ Lauren Castaldi*
LAUREN CASTALDI
Trial Attorney