UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARTIN KAO,**<br><br>*Defendant.* | Case No. 22-CR-48 (CJN) |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

As the Court is aware, Mr. Kao has pleaded guilty in this Court and is pending sentencing. His sentencing in Hawaii on unrelated matters has been continued and his sentencing in this case is awaiting that sentencing to allow the Court the opportunity if it so chooses to impose a concurrent sentence as contemplated by the plea agreement in this case. In the meantime, Mr. Kao requests permission to travel to Cambridge, Massachusetts to enroll as a full time student at Harvard University this fall semester. He will return to Honolulu for his sentencing there and will available for sentencing in the District of Columbia at the appropriate time. The Probation Office supervising Mr. Kao in Honolulu has consented to this request and the government counsel in Honolulu and the District have no objection to the request. A proposed order consistent with the stipulated order in Hawaii is attached.

Respectfully Submitted,

A.J. KRAMER

FEDERAL PUBLIC DEFENDER

Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500