# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.    ) | |
| ) | No.   22-cr-48 (CJN) |
| **MARTIN KAO** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PROPOSED ORDER

Upon the unopposed request of the defendant, Mr. Martin Kao, the defendant is permitted to travel to Cambridge, Massachusetts, to attend fall 2024 classes at Harvard University from September 13 to December 21, 2024. He shall provide his itinerary to both DC Pretrial Services and the U.S. Probation Officer in Honolulu. All other conditions shall remain the same.

SO ORDERED.

_____

United States District Court Judge