UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 22-cr-48 (CJN)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **MARTIN KAO,** | : | |
| | : | |
| **Defendant.** | : | |

## STATUS REPORT

On September 27, 2022, Defendant Martin Kao pleaded guilty in the present matter pursuant to a plea agreement. *See* Dkt. No. 33. As part of this agreement, the Government agreed not to object to any request that a sentence imposed on the Defendant in the current matter be served concurrently with any sentence from the Defendant's other criminal conviction in the District of Hawaii (Case No. 1:21-cr-00061 (LEK)). The Defendant requested that the Court continue his sentencing in the District of Columbia until after he had been sentenced in Hawaii. *See* Dkt. No. 48. This request has been renewed and granted. *See* Dkt. 65. At the time of the second request to schedule sentencing in this matter after the conclusion of sentencing in the District of Hawaii, the parties represented to the Court that sentencing in the District Hawaii was scheduled to take place in September 2023. That sentencing was subsequently continued several times. *See* Dkt. Nos. 119, 124, 126, 127, 138. On October 10, 2024, that sentencing in the District of Hawaii was continued until February 13, 2025. *See* Dkt. No. 142. Consistent with previous status reports, the parties respectfully propose updating the Court on the resolution of sentencing in the District of Hawaii no more than one week after the sentencing hearing is concluded.

1

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY


By: /s/Joshua S. Rothstein
    Joshua S. Rothstein
    Assistant United States Attorney
    N.Y. Bar Number 4453759 (Rothstein)
    601 D Street, N.W.
    Washington, D.C. 20530
    Office: 202-252-7164
    Joshua.Rothstein@usdoj.gov


    COREY AMUNDSON
    CHIEF, PUBLIC INTEGRITY SECTION
    U.S. Department of Justice


By: /s/Kathryn E Fifield
    Kathryn E. Fifield
    Trial Attorney
    Wis. Bar Number 1097640
    1301 New York Ave. NW
    Washington, D.C. 20530
    Office: 202-320-0048
    Kathryn.Fifield@usdoj.gov