UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 22-cr-48 (CJN) |
| : | |
| MARTIN KAO,   : | |
| : | |
| Defendant.   : | |
| : | |

## STATUS REPORT

As part of Defendant Martin Kao's plea agreement with the Government in this matter, the Government agreed not to object to any request that a sentence imposed on the Defendant be served concurrently with any sentence from the Defendant's criminal conviction in the District of Hawaii in Case No. 1:21-cr-00061 (LEK).[1] On February 20, 2025, Defendant Martin Kao was sentenced to 87 months of incarceration, followed by five years of supervised release, and restitution paid to the Small Business Association in the amount of $12,841,490 in the District of Hawaii matter. Accordingly, the Government asks this Court to set a sentencing hearing, and corresponding briefing schedule.

---

[1] On September 27, 2022, Defendant Kao pleaded guilty in the present matter pursuant to a plea agreement. *See* Dkt. No. 33. The Defendant requested that the Court continue his sentencing in the District of Columbia until after he had been sentenced in Hawaii. *See* Dkt. No. 48. This request has been renewed and granted. *See* Dkt. No. 65. At the time of the second request to schedule sentencing in this matter after the conclusion of sentencing in the District of Hawaii, the parties represented to the Court that sentencing in the District Hawaii was scheduled to take place in September 2023. That sentencing was subsequently continued several times. *See* Dkt. Nos. 119, 124, 126, 127, 138. This Court ordered the Government to file a status report following the sentencing in Hawaii.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | EDWARD R. MARTIN, JR.<br>UNITED STATES ATTORNEY |
| By: | */s/Elizabeth Aloi*<br>Elizabeth Aloi<br>Assistant United States Attorney<br>D.C. Bar No. 1015864<br>555 4th Street, N.W.,<br>Washington, D.C. 20530<br>(202) 252-7212<br>Elizabeth.Aloi@usdoj.gov |
|  | Kathryn E. Fifield<br>Trial Attorney<br>Public Integrity Section<br>1301 New York Ave. NW, Suite 1000<br>Washington, D.C. 20530<br>(202) 514-1412 |

Dated:      February 25, 2025