Martin Kao
Honolulu, Hawaii

February 07, 2025

Honorable Leslie E. Kobayashi
United States District Judge
Prince Kuhio Federal Building
District of Hawaii  300 Ala Moana Blvd  Honolulu, HI, 96850

Dear Judge Kobayashi:

Thank you for taking time to consider this letter and personal reflection.  Each time my sentencing date has been rescheduled, I revisit this letter, and each time I do I feel compelled to substantively change it.  Perhaps that is because I am changing.  As my faith and my appetite for knowledge have grown, Your Honor has blessed me with the experience to have been able to study  justice, ethics, moral conduct, and mindfulness the past months.  I humbly thank you for allowing me that opportunity to travel to Cambridge, Massachusetts to learn from some of the best instructors in the world.

As you can imagine, my world and life imploded after my arrest.  Yet, I find no sympathetic sorrow or self-pity in my own suffering and trials.  I write to you with a sense of hope and optimism for the future because of my faith in God, and because of the influence and support of the strongest person in my life…my wife.  Any despondency and despair I feel centers on the innocent lives have destroyed.  My wife, two young boys, elderly parents, and in-laws have had their lives turned upside down because of me.  I have also, during their time of need, harmed the community that gave me the opportunity as an immigrant to succeed and provide will for myself and my family.

Although I was not incarcerated after being released from FDC, I was also by no means free.  I was on house arrest. wearing an ankle monitor for three years and being on home detention and supervision. Maybe it was the prison of my own mind and provisional existence, but I felt I was helpless and could not support my family in any way being in this physically and mentally debilitating state.  Despite already being the full-time and primary caregiver to her mother who has acute frontal tempura dementia, my wife now had to do everything for me, our kids, and even my parents.  My elderly father with Parkinson's disease and legally blind had to surreptitiously drive to Times SuperMarket in the middle of the night when there were little or no other cars on the road, just so he and my mother could get groceries.  I can say that the loss of any physical freedom can never compare to the prison of despair and anguish my family has to suffer because of me.  The ignominious shame and stress from my actions and the media coverage forced my wife to pull our two boys from public school.

# EXHIBIT "A"

Perhaps it needed to take such a level of crushing for me to go from incipiency and apathy to epiphany and contrition.  However, my family has done nothing wrong, and I am deeply sorry for the irreparable harm I have caused them.  Through their undeserved grace and love for me, I now  understand the difference between regret and true repentance.  To come to terms with who I really am and what I desire to leave as my legacy.

It was my wife that saved my life, when she moved heaven and earth to find a way and posted my bail.  It was my wife that gave me the strength and courage to pick myself up and begin my journey from President and CEO to a dishwasher and cook. She helped to inspire my renewed faith in Christ and her innocence has inspired and allowed me to recognize that true reform and repentance is a complete change of mind, coming from the heart, in going forward with honesty and acceptance of responsibility that comes with the humbling and very public sting of embarrassment and shame in facing public humiliation for the sake of transparency and truth.

**Background**

I was born in Taipei City, Taiwan, as the second of two siblings. After the Communist regime came to power in 1949 and murdered my paternal great grandparents, my father's family fled to Taiwan—with nothing but the shirts on their backs.  My maternal grandfather served in the first Republic of China government in Taiwan. Both my parents overcame many obstacles to earning their college degree in Taiwan where they worked as a math and history public school teacher.

We followed my father's elder sister, our family matriarch, to San Francisco, even though none of us, including my parents, could speak or read English. My family lived above a liquor store in San Francisco's Chinatown, where my mom and dad worked.  We then relocated to Sacramento where we shared a small house with eighteen other family members.  My parents had a difficult time finding a job in America.  My mom got a part time job working in a mailroom (and much later working her way up and retiring with the Department of Justice in the criminal division) and my dad worked as a janitor.  We lived a penurious existence like so many immigrants.   My most vivid childhood memories include being hospitalized for malnutrition, sleeping on the floor in a small bedroom with my entire family, being tossed into commercial dumpsters as a child to collect cans, and being ridiculed for being different. Different because of my race, my culture, and our abject poverty.  I was once deeply embarrassed by my childhood and past, not fitting in as an immigrant and my family's poverty.

**Moving to Hawaii**

In the Fall of 1991, I moved to Los Angeles to attend the University of Southern California. I enrolled at the Leventhal School of Accounting with dreams of someday starting my own business. In 1995, I graduated with a Bachelor of Science in Accounting then earned my Masters of Business Taxation in 1996.

I then began a career in public accounting.  Starting at a large firm as a tax consulting associate.  For the following four years, I moved around between the four major accounting

firms  Which ultimately by pure serendipity in 2000, landed me the position of a Tax Manager in the Honolulu office, at the same firm where I had my first accounting job.

**Family**

I met my soulmate in Hawaii.  She was born and raised in Honolulu.  I became very close to my wife's family.  They were my only family in Hawaii at that time.  I became especially close to her maternal grandfather and grandmother because we spent a lot of time with them at their apartment in Makiki and then lived with them during the last years of their life.  Masaichi, her grandfather, was a role model and inspiration to me.  Instead of going to college he served in the army alongside Daniel Inouye in the 442nd.  He then served and retired as a Honolulu police officer.  Tiffany's maternal grandmother ran a local Japanese restaurant.  I remember him saying that after work he would often help my wife's grandmother sweep the floor at the restaurant while talking to other police officers eating there.  And I can say with all sincerity that he was the kindest, humblest, and most positive person I have ever met in my life.  He passed away around 8 years ago.  My wife's maternal grandmother was also amazing.  She came to Hawaii on a boat from Japan by herself as a young child with nothing.  She has also since passed away.

I was also close to my mother-in-law who was a local public-school teacher.  My father-in-law passed away when my wife was in high school.  My mother-in-law is now 79 years old and is completely incapacitated with severe frontal temporal dementia.  She is completely incapable of caring for herself in any way.

Tiffany was no doubt a "very" local girl.  Born and raised, several generations over in Honolulu.  And through her I became a "local" and Hawaii felt like home.  In our first few years together, we were young, broke, and naive, but it was the happiest time of my life.

Tiffany and I have been married for over 18 years.  Together we have two boys, ages 10 and 11.  Our elder son has autism and is hearing impaired. I am blessed that my parents moved to Hawaii 7 years ago.  I now have the privilege of living with them and helping care for them as they are not at the age where they cannot fully care for themselves.   My father is close to 90 and can no longer take care of himself.  He  suffers from Parkinson's disease and heart related issues.

**Work**

My career in public accounting in Hawaii centered on the research and development (R&D) tax credits and benefits under Act 221 for local companies.  I became an expert in the highly technical and complex process that helped dozens of Hawaii companies claim and receive millions of dollars in tax refunds.  Including Navatek, which received the largest refund from the State.  And it was this that endeared me to the CEO and owner of the company.  And in 2008, he hired me as the Chief Financial Officer of Navatek.

I was only 33 years old, and I was paid a lot of money to do the bidding of the then CEO. Clearly, I know now…other than a professional athlete…NO person with any ethics or good intentions pays that kind of money to a 33-year-old.  I was highly compensated and ambivalent, so  I did whatever was asked and did it with passion and vigor.  The CEO was despotic and tyrannical and ruled the company with an iron fist.  And I became his apprentice.  I can now look back and thank God for the wakeup call, for one becomes like the master he serves.

**Politics and Government Contracts**

It was through working at Navatek that I was introduced to all the pluralities and modalities of government and politics in Washington DC and Hawaii.  I have very strong opinions about my experiences and can now look back and clearly recognize the political corruption, abuse of power, and the arcane business of purchasing influence and earmarks.  I was fooled and foolish enough to believe that the power elected officials wielded, and actively willing to sell to anyone wealthy enough to pay, was an acceptable means of conduct, behavior and "smart business."  I was very wrong and am deeply sorry.

I am deeply ashamed of my conduct surrounding politics, politicians, the legislative process, and its influence in the decisions I made because of my bankrupt morality regarding how my company applied for the PPP loan.

**Personal Reflections in Introspections - What's Next?**

In July 2022 I started working again.  For just over two years, I worked as a dishwasher for $13.00/hour and a cook earning $18.50/hour.  I enjoyed working as a cook.  It seemed to ground me again and helped my mental health.  The process of being prosecuted took a heavy toll on my mind.   I believed that I was a worthless criminal and scum of the earth.  Oddly, I found great comfort in cooking for others.  It was in that process that I felt that I was doing something positive again.  I was doing something that others appreciated and enjoyed.

Most importantly, were my lessons in compassion.  Truth be told, it certainly was not immediate, but in the course of my working at the restaurant, I developed the deepest and highest respect for the people I worked with in the kitchen.  I was truly inspired by their sincerity, humility, resilience and acceptance of life however challenging and seemingly unfair.  I remain in contact and friends with many of them.

More recently, I started pursuing culinary courses at Kapiolani Community College (Culinary Institute of the Pacific) and a Masters of Business Management at Harvard University.  As a life learner, I once again began to crave knowledge and mental stimulation.  There have been a lot of chicken and egg moments with this process, given the uncertainty of my fate (e.g., shifting sentencing dates and my ultimate sentence).  Yet in the time I have been at KCC and Harvard, I have developed many new relationships and friendships.

What's next?  It is difficult for me to look forward with any sense of linearity.  I write to you as someone pending incarceration, as someone who has been in quiet despair for almost 5 years, hollow days and the uncertainty that has hung over me almost every day, I wake up each morning to anxious thoughts and nightmares reminding me of my past and past mistakes.  For almost two years after my arrest, I lived a "provisional existence" in depression and despair.  Life had no meaning—like I was just going through the motions, as though waiting for life to begin again once this was all over with.  I had given up on life while still breathing.

But then I found my "why" and my faith.  Provisional existence means I was just waiting for "real life" to come and start the day when I was again a free man and left this all behind.

When I was able to find my "why" looking at my wife and two children and find hope in God, I knew that I could not just wait, numb, detached—and let days slip away without truly seeing or understanding the power of my own choices, even within my mental prison.  I literally had to save my own mind and life.  And it started by becoming a dishwasher.  Life doesn't stop just because I was arrested.  Life is still unfolding, even in small, seemingly insignificant moments like mopping the floor and scrubbing toilets.  Washing one pot, mopping one floor, showing respect and kindness to one person…one step by one step, each choice I make - how I treat another person, how I find meaning in my circumstances, how of trust God—those are the choices that define me, no matter my past or where I go.

I may not have control over my past or even my fate before this Court, but I do have control over one thing: my response. In the depths of my despair, in the cold silence of my mind, I am able to find faith and meaning.  Maybe it's in God's grace and the strength he provides in my weakness, even I want to give up. Maybe it's in the moments of true repentance and humility, and the kindness I offer to others.  Or my newfound friends at the restaurant and in school, reminding me that I am not alone in this. Perhaps it's in the small, quiet ways I grow—praying, reading, thinking, learning, looking at my wife and my children—things that remind me of my "why" and that I am still human.

I truly believe that when I finally stopped living in a provisional existence—I stopped waiting for life to happen, and begin to live with purpose and intention, even now – facing incarceration—I am free in a way that no sentence can ever imprison.

In my darkest moments of despair and depression over my circumstances, I turn to God and my family.  I also often think of my coworkers and friends at the restaurant.  And their resilience inspires me.  I have many aspirations and ideas towards starting  a company focused on providing jobs and opportunities for the disadvantaged and prejudiced in Hawaii and our society.

I experienced firsthand how the food industry and a restaurant can provide opportunities for those that are rejected by society (me included) because of the social and economic prejudices and syllogisms of being a felon, addict, immigrant, uneducated, elderly, homeless, etc.  I believe that with technology and compassionate employment policies, the food and food service industry can be revolutionized.  Our mission will be the development of human capital, focused on employment and creating jobs, housing, dignity, and hope for anyone that is sincere and needs help.

Maybe needless to say, my plans are all ephemeral in the face of incarceration.  However, God has always opened the most impossible of doors for me and maybe this is one more. Each day I learn to lean on God's strength and find contentment in the gift of my life. I have very different goals for my life now. I now strive for a fruitful life of significance and not a life in pursuit of worldly financial or society's ideologies of success.

The most painful part of being incarcerated has far less to do with me than the people who I love.  Those that will suffer the most will be my wife, who will not have a husband and companion; my young boys, who will not have a father during their most important years growing up; and my elderly parents, who will not have a son to take care of them in their last years.

Sincerely and respectfully,

*Martin Kao*

Martin Kao

Dear Honorable Judge Leslie Kobayashi,

My name is Tiffany Lam and I am the wife of Martin Kao. I met him when I was 24 years old, and I've known him for 24 years. I understand that there must be serious consequences for Martin's behavior, but as a mother and a daughter, I am writing you this letter to ask that your sentence be merciful for the sake of our children and elderly parents.

Martin has always been the hardest working person I know. Despite once being at the top of a company, he is now the humblest person I know. His true nature and upbringing as an immigrant taught him that there is literally no job that he's too good to do. His first job after being fired as the CEO and stripped of all ownership of the company he owned, was a dishwasher job making $13/hour. And I was proud of him for doing that. He never complained or felt sorry for himself. Instead, my vivid observation was that he was thankful; and would instead pray and thank God for blessing him with a job.

What stuck to me when I first started dating Martin, was his faith and his family's faith. He told me that church has always been a part of his life and even went to church during college by himself. His childhood friends were from his family church and to this day I noticed his parent's friends are all from their church. He would always talk about God and even gave me a bible for my first birthday with him. Over the course of the 20 plus years following, I also noticed that Martin's connection with his faith started to fade.

But since his arrest, Martin's relationship with God has been restored and he is more deeply connected to his faith than ever. His greatest joy now is reading the bible together as a family, every night.

Martin has always been there for my family. My father died when I was in high school. I remember seeing my dad deteriorate to nothing. When we were young, my mom was an elementary public-school teacher who quit her job to take care of my dad. She raised my three brothers and me for most of my life. We did not have much financially, so Martin would often help us fix things that would often break around the house because my family house is very old and dilapidated and we couldn't afford to maintain it. What was uniquely different about Martin, was that he somehow knew how to fix things around the house. From plumbing, to yard work, to carpentry, he just did it. He said it was a product of his poverty growing up. When you can't afford to pay someone to do it, you learn to do it yourself. So, when we could not afford a new roof for my family house 22 years ago, he was there helping my brothers and I constantly patching each hole with tar because it would leak every time it rained, and the leaks would always move to different spots. There are so many instances when he has helped my family and now, he helps me care for my mother (now in her late 70's) who got sick

EXHIBIT "B"

when she was in her 60's and for the past 9 years has been diagnosed with schizophrenia, and now profound dementia and Alzheimer's disease. As she is now unable to speak completely, he has been instrumental in helping me care for her, with simple daily routines such as eating, giving her a shower, changing her, as well as some of the physically harder things to do, such as lifting and carrying her. Currently, Martin is living with his two elderly parents near the age of 90, who also needs assistance daily.

Even my grandparents loved him dearly too. When I was young, I would go to my grandparents' almost every weekend, so naturally I started doing that again as they grew older. My grandfather thought very highly of Martin, and it was not because of what he had or did professionally, but because he would often come to visit them when he didn't have to. We would sit on the floor while my grandma and grandpa often sat on the same couch, in the same place, almost my entire life. He would listen intently as my grandfather would tell him the same stories about being in the army in WWII and being a police officer. Martin would always make time for them. When my grandfather couldn't drive, Martin would drive him to Times once a week in my grandfather's old car because he was habitual and needed to pick up a butterfish bento and cone sushi for my grandma.

His compassion also extends deeper because he knows that the public education system helped him gain a better life. And I feel that the more he made, the more he donated because he always felt undeserving. We sent our son our children to the same public elementary school as my family attended as a child. He took it upon himself to personally pay for the installation of the air conditioning at Noelani Elementary School, donated Apple laptops, iPads, and other necessities to help them further support their mission that no child be left behind. As his wife, I know his heart. He grew up poor and that is where his true heart is.

Martin is a family man and we moved into my family house when we were married, where I currently reside with my family and my mom. I currently take care of my mom full time and now homeschool my two children who are ages 9 and 11. ▬▬▬▬▬

During the past 4 and a half years, the emotional stress has been unbearable for our family, and my children and I have waited in the unknown. Please, your honor, I beg you on hands and knees, to find leniency on Martin, so that my kids can have a chance at life with their father during their formative years and that I may have my husband along my

side to help raise our two young sons. My father got sick when I was in intermediate school, and it was very difficult growing up without a father most of the time.

When he became a dishwasher and a cook and was riding a bicycle (that he found in a dumpster and fixed) to work, I say Martin "joyful" again.  He would love to share stories about the restaurant and the people there.  Despite all his trials, when he talked about the restaurant, I saw his smile and laugh again.  I am his wife, and I know Martin's true nature.  He is a humble, compassionate, and shamelessly down to earth man. Those are the reasons I love him. Martin is a good husband and father to my kids.  I am thankful for being his wife and life partner and my family and I love him.

Respectfully,

Tiffany Lam

Honorable Leslie E. Kobayashi                                    February 2, 2025

United States District Judge
Prince Kuhio Federal Building
District of Hawaii 300 Ala Moana Blvd. Honolulu, HI, 96850

Dear Judge Kobayashi:

My name is Bill Stackman.  I am the former Dean of Students at Harvard's Graduate School of Arts & Science.  However, I am not writing to you as a Dean at Harvard, rather in my personal capacity as a friend of Martin Kao.

I met Martin in a course we had together last semester.  The title of the course is "Mindfulness, Meaning, and Resilience."  It focused on mindfulness as a method of attending to the experience of the present moment with full awareness and how finding meaning in our suffering and trials can build character, hope, and resilience.

It was in a serendipitous encounter that I ran into Martin one afternoon at the Harvard Law School student center.  We shared our personal experiences, trials, and suffering.  Including how what we studied in the Mindfulness course has helped us cope. Martin was very open and honest about his mistakes, current legal trials and challenges.

The final project of the course required that each graduate credit student select a specific population group and present a thesis to the class on how mindfulness would benefit that group. Focusing on what "finding meaning" might look like for this group through the lens of mindfulness cultivation, and how mindfulness can foster a sense of personal and collective growth, healing or sense of purpose for this population group.

Martin chose to focus his presentation on how mindfulness can help to rehabilitate, bring meaning, and reform to those who are or have been incarcerated.  He humbly shared his very personal mistakes, experiences and pending fate before you. And how it has led him to have this emphatic compassion for others who he feels have no resources, voice, or agency.

I hope that when you do finally meet Martin on February 13, 2025, you will see beyond his past and look to the future and see the "Martin" that I and his peers at Harvard see.

Sincerely,

*William B Stackman*

William Stackman



**The Cheesecake Factory**®

**2301 Kalākaua Ave, Honolulu, HI 96815**
**808-924-5001**

Martin Kao has worked as a restaurant line cook at our Waikiki Cheesecake Factory for the past 2 years. I hired Martin and he exceeded my expectations. I think it is fair to say that I had very little expectations of Martin when he first started. He was very honest and transparent about his past work experiences (ivory tower, desk jockey) and why he is now applying to be a cook, making an hourly wage.

Immediately, Martin proved himself. In his second month at work, he was recognized as the employee of the month. Initially, I simply viewed Martin as a responsible professional. And would do work simply because of his nature and background. Despite what I assumed to be a very temporary and short career working at our restaurant. To be blunt, people like him do not and cannot survive doing one of the most demanding and difficult tasks in one of the busiest restaurants in the world.

As much as we expected him to fail, he thrived. He humbly embraced any and every task we requested of him. Even beyond cooking, he would work off hours helping to do general maintenance around the restaurant.

Martin is now the main daytime sauté cook. Maybe one of the most demanding and difficult positions in the restaurant. He is now also a DT – Designated Trainer for Sauté and Pizza.

Martin never complains about anything no matter what he is asked to do. His humility and work ethic has been an admirable quality in our restaurant that is not often seen. It has been a joy to have Martin working in our restaurant. I will sorely miss him.

We are the busiest restaurant in Hawaii and one of the top ten in the world and are proud to consider Martin as part of our Cheesecake Family Waikiki.

He is welcome and we hope Your Honor will allow him to come back to work with us, very soon!

Sincerely,

Cody Thomas

Executive Kitchen Manager (EKM)



We are Martin Kao's coworkers and now brothers and family at the Cheesecake Factory. Us old timers met Martin almost two years ago. Some of us newer folks met him in the past two years. For the old timers, all of us in the kitchen thought he would not last long. The cookline is one of the hardest jobs in the restaurant. Especially in Waikiki. And most new cooks do not last for more than a few weeks. Not only is he still here, Martin is the main daytime sauté cook. Sauté being the most "power station" (i.e., the most difficult position on the cookline). For us new guys, Martin helped train some of us and made us feel like important team members the first day we started.

Martin is our coworker and our friend and a brother. He has always been humble, hardworking, and respectful to everyone. He trained some of us and we all enjoyed working alongside him. He shows aloha and respect to all of us, and we know that he has become very "local" in the past two years.

Martin may have mess up and he own's it. That is why we respect him. He does not lie or make excuses for his mistakes. But by nature he is not a criminal. Just look at him...talk to him...listen to him...he is a good guy and not a criminal.

We are sad to see him leave, and it has been an honor to work next to a man that we know is very smart, educated, and once higher up. Yet, he never acted or saw himself as better than anyone else. He always helped and was respectful to everyone.

We will miss him very much and hope the Judge can see what we see. A humble, hardworking, kind, and down to earth man.

Mahalo for considering our support for Martin.

_____
Signature

_____
Signature

_____
Printed Name    Everest W Caybell

_____
Printed Name    JADE H. IMANITO

Signature

Printed Name    Benjamin Tandal

Signature

Printed Name    Freddy Fine

Signature

Printed Name    Celia Goddard

Signature

Printed Name    Curt Bryant

Signature    Everardo Alvarado

Printed Name    Everardo Alvarado

Signature

Printed Name    Charles Alfa

_____    Taylor    Pirga
Signature                  Printed Name

_____    Malia Saunders
Signature                  Printed Name

_____    Xiu    Guo
Signature                  Printed Name

_____    Agles Robert
Signature                  Printed Name

_____    Marshall Forrester
Signature                  Printed Name

_____    Sefo Moananu
Signature                  Printed Name

_____
Signature

Gilchrist Morales
_____
Printed Name


_____
Signature

Patrick Joshua Dela Cruz
_____
Printed Name


_____
Signature

Jared Resurreccion-Carolino
_____
Printed Name


_____
Signature

Edward R Martin
_____
Printed Name


_____
Signature

Gaylord Chan
_____
Printed Name


_____
Signature

Cheyenne Delgadillo
_____
Printed Name

_Dakota Delgadillo_

Signature

_Dakota Delgadillo_

Printed Name


_Raice Badajos_

Signature

_Raice Badajos_

Printed Name


_Amoi-Elias_

Signature

_Amoi · Elias_

Printed Name


_____

Signature

_JESSE Lorenzo_

Printed Name


_Eric Hamasaki_

Signature

_Eric Hamasaki_

Printed Name


_Cody Weaver_

Signature

_Cody Weaver_

Printed Name

Signature

Printed Name

8aPaS

Signature

Printed Name

CesaR VaLencia

Signature

Printed Name

Francis Petrus

Signature

Printed Name

Cory Auld

Signature

Printed Name

Signature

Printed Name

敬愛的法官大人：

您好！我們是Martin Kao 的父母。(George Kao 和 Rachel Kao )。於1977 年我們攜帶
兒、女由台灣來到美國。從此展開了艱辛的移民生活。經過多年的奮鬥，George 終於
在Cable Data 謀得穩定的工作。而Rachel 則在加州州政府司法部 (DOJ)任職指紋鑑定。如今我
們都已退休。由於年紀老邁、體弱多病、George 患有Parkinson disease、
行動不便加上語言不足。於2017年我們由加州搬來夏威夷投靠兒子，至今已近七年。
兒子自幼就是個孝順、懂事的好孩子。七年間兒子對我們的照顧無微不至。平常看病、
購物、取藥等均由兒子陪同辦理。如今兒子即將被判入獄，這對我們是晴天霹靂。每
晚想起令我們徹夜難眠，不知如何是好。由於George的Parkinson Disease，不能乘坐飛機遠行或
外出，Rachel則滯留在家中照顧，所以我們無法去探視兒子。懇請法官在
情、理、法兼顧下，考慮輕判。
我們現已是年近90高齡的老人，隨時都有歸回天家的可能。屆時懇請法官開恩，准許Martin回家
數日辦理後事，這是我們最後的懇求。敬祝安康

George Kao 和Rachel Kao

\*\*\*\*\*

Translation Via Google Translate

Dear Judge:

Hello! We are Martin Kao's parents. (George Kao and Rachel Kao). In 1977 we brought
My son and daughter came to the United States from Taiwan. From then on, the hard life of
immigration began. After years of fighting, George finally
Find a stable job at Cable Data. Rachel works as a fingerprint examiner for the California
Department of Justice (DOJ). Now we are all retired. Due to his old age and frail health, George
suffers from Parkinson's disease.
Limited mobility coupled with a lack of speech. We moved from California to Hawaii to be with our
son in 2017. It has been nearly seven years.
My son has been a filial and sensible child since he was a child. During the past seven years, my
son has taken great care of us. Routine medical treatment,
My son will accompany me when shopping, picking up medicine, etc. Now that our son is about to
be sentenced to prison, this is a bolt from the blue for us. Every
Thinking about it at night keeps us awake all night, not knowing what to do. Due to George's
Parkinson's Disease, he cannot travel by plane or go out, and Rachel stays at home to take care
of him, so we are unable to visit our son. I beg the judge to
Taking into account emotion, reason and law, consider a light sentence.
We are now nearly 90 years old and may return to our heavenly home at any time. At that time,
we beg the judge to be merciful and allow Martin to go home for a few days to arrange his funeral
arrangements. This is our last plea. Wish you good health
George Kao and Rachel Kao

5/23/2024


Hawaii Meal on Wheels

2728 Huapala Street #209

Honolulu, Hawaii 96822



To The Judge,


It gives me great pleasure to inform you that Martin Kao served with our organization as a volunteer who helped put together meals and deliver them to Kupuna and the disabled living in apartments and houses throughout the Punahou/Manoa area. Martin always arrived on time and was very diligent in accomplishing his tasks. He was eager to provide substantial support for our organizational goals and made himself available to help us when needed.


Hawaii Meals on Wheels is an organization that is dedicated to helping Hawaii's Kupuna and individuals with disabilities. We provide nutritional meals and food security for those threatened with hunger. Thus, we can survive and strive in the community with the help of volunteers like Martin, people who care about the well-being of others. Our doors are always open to him to volunteer with us in the future.



Sincerely Yours,


Bradley Akamu

Volunteer and Outreach Director

Hawaii Meals on Wheels

Philip W. Miyoshi



August 14, 2024

Honorable Leslie E. Kobayashi
United States District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, Hawaii, 96850

Re: Martin Kao - Case No. 1:21-cr-00061-LEK

Dear Judge Kobayashi:

I am writing to you in my individual capacity in advance of Martin Kao's upcoming sentencing. I have been acquainted with Martin over the last several years and I believe it is important to bring to your Honor's attention several aspects of his character and recent actions that I hope you will consider in your deliberation of his sentencing in the above-referenced matter.

During the time I have come to know Martin, he has presented himself as honest, truthful, and candid in the assessment of his current situation. This level of self-awareness and forthrightness is, in my experience, crucial for genuine rehabilitation and speaks volumes about his character.

I believe that Martin has demonstrated a sincere commitment to personal growth and rehabilitation since the events that brought him before this Court. Most notably, he recently completed a rigorous summer school program at Harvard University, which your Honor generously permitted him to attend. Martin has already registered for a full-time graduate student fall 2024 semester curriculum. This achievement not only showcases his scholastic capabilities but also his determination to better himself and contribute positively to society. Martin's willingness to engage in further higher education demonstrates his desire for self-improvement and his potential for future success.

Beyond his academic pursuits, Martin has maintained steady employment throughout this time, demonstrating his commitment to being a productive member of society. His work ethic and reliability have been recognized by his employer, further illustrating his potential for rehabilitation.

It is also important to note that Martin is a devoted family man. He has a supportive wife, Tiffany Lam, and two minor children who depend on him emotionally and financially. His role as a father and husband has been a grounding force in his life, providing him with motivation to make amends for his past actions and to create a better future for his family.

Throughout the time I have spent with Martin, I have observed genuine remorse for his past actions and a commitment to making positive changes in his life. Martin has taken full responsibility for his past mistakes and has expressed a sincere desire to become a better person and citizen.

I respectfully ask that you consider these factors when determining Martin's sentence. His honesty in facing his situation, recent educational achievements, consistent work history, and strong family ties all point to an individual who has the potential and the drive to become a valuable contributor to our community.

I believe that with the appropriate guidance and opportunity, Martin can continue on this path of rehabilitation and personal growth. A sentence that allows for continued rehabilitation while addressing the seriousness of the offense would, in my humble opinion, serve both the interests of justice and society.

Thank you for your time and consideration of these matters.


Respectfully submitted,

Philip W. Miyoshi

October 9, 2023

Dear Your Honor,

I am the defendant's brother-in-law. I have known him for many years. I worked for the federal government and hold a Top-Secret Security Clearance.

Please, let me tell you a little background about what I know about him. I knew him when he had an old beat-up green truck and would go to the laundry mat to wash his clothes. He would constantly be at our family house helping us. He would fix small things for us like our leaky sink, a leak in our roof, or the washer and dryer when it was not running right. We grew up with a sickly father, so we did not always know what to do when things broke down. So, for example, instead of calling a plumber to fix the sink, my mom (educated as a public-school teacher) would just put a bowl under the sink to catch the water and it was fixed. Martin was very hands on and taught me that you could do it yourself and he did.

He was very close and highly respected by my grandparents. My grandfather treated Martin like a son. Martin would always visit them, even when he was the CEO, in their tiny little one-bedroom Makiki apartment. Martin would listen patiently even when my grandfather would tell the same war stories over and over about being on the front lines in the 442nd battalion during WWII. Or his stories from the police force and the day he retired was when he was shot at and my grandmother (who was also a seamstress during her spare time) found a bullet hole through the bottom of his pants. Every week Martin and my sister would take my grandparents to Zippy's. This was something my grandfather loved doing, but he could not drive. At the end of my grandparents' life, Martin was always there for them, no matter how busy he was at work, especially when my mom (who is an only child) started to show signs of dementia, he was never too busy to visit or stay with them.   If my mom could speak, she would say the same.

I can't begin to tell you the number of times he has selflessly helped my family. When he got married to my sister they moved into my family house with my mom, who now needs 24-hour care and he has never complained. I cannot tell you the amount of respect I have for him.

These days when I talk to him, I see that he is thankful for having a job at a Japanese restaurant as a dishwasher and working at the Cheesecake Factory.  No matter what he does, I know he always tries his best.

Thank you for listening.


With Appreciation,

Chris Michael T. Lam

**Christopher Lam**
**Honolulu, Hawaii**

6/28/2024

Dear Judge Kobayashi,

I am writing to you with a heartfelt plea for leniency in the sentencing of my brother-in-law,
Martin Kao, who is due to appear before you in your court in August. Martin has had a profound
impact on my life, serving as a role model and guiding force. I've known Martin for almost
twenty-five years, and he has always been there for me, offering support, wisdom, and
encouragement. His influence has been instrumental in shaping me into the man, husband, and
mature adult I am today. I hope to provide you with some insight that might illustrate his
character and potential.

My sister and I have always been close, and this extended naturally to Martin when he became
part of our family. I have known Martin since he first began dating my sister, and over the years,
I have come to know him very well. I have watched him grow from a friend to a beloved family
member. This long-term relationship has given me a unique perspective on his character, and I
feel confident in speaking to his integrity, kindness, and the positive influence he has had on my
life and the lives of others around him.

Martin has always been an active and supportive member of our family, never hesitating to help
us with whatever we needed, always with kindness and generosity. He was there for me when I
lost my way years ago and needed guidance, becoming an even bigger role model for me by
setting an example of how to be a better version of myself. The Martin I know would give the
shirt off his back to help someone. Since I've known him, he has shown me repeatedly what it is
to be a good brother, husband, and father. He prioritized his family and was never one to
abandon any duties or responsibilities. I have always been proud to say he is my brother and
someone I look up to.

I believe the demands and obligations increased significantly when he was working at Navatek,
which may have shifted his priorities. During this time, I rarely saw him because he was always
working. Mounting commitments and pressures from those around him increasingly influenced
his actions. The pressures and workload, exacerbated by the COVID-19 pandemic, added
immense stress as he tried to balance the demands of his job, his family, and the expectations of
the employees.

I have seen Martin show remorse and a strong desire to make amends for his actions. I have also
seen firsthand his determination to make redemptive changes in his life. He has already taken
steps towards this by helping his community and local church with needed renovations,
volunteering for counseling, learning new skills like cooking for others, and even going back to
college. I am amazed by his abilities and determination, even with such a scary and unknown
future ahead of him. I know he is determined to lead a constructive life moving forward and that
his commitment to change is sincere. I respectfully ask that you consider these factors when
determining his sentence.

I understand the gravity of the situation, but I respectfully ask for your consideration of a more
lenient sentence that would allow my brother to continue his rehabilitation outside of

incarceration. A less severe sentence would enable him to contribute positively to society, support his young family, and be a present parent to his children. Growing up without a father myself, I know firsthand the irreplaceable hole that's left without having a dad. I see how much his son's look up to him and how much they love him.

We love Martin very much. I hope to repay the kindness he has shown me throughout the years. He is surrounded by a strong support network committed to helping him through this difficult time.

Thank you for taking the time to read my letter and for considering my request. Your compassion and understanding could make a profound difference in his and his children's lives, giving him the opportunity to prove that he can be a valuable member of society. I have faith in the fairness and compassion of the court.

Sincerely,
Chris Lam



beth@universityavenuebaptist.org || Mobile: (808) 782-6587
Office: (808) 947-5008 || universityavenuebaptist.org

2305 University Avenue
Honolulu, HI 96822

December 20, 2022

Honorable Judge Leslie Kobayashi,

I am writing on behalf of Martin Kao. I met Mr. Kao in July of 2021 when he began attending worship services and ministry events at University Avenue Baptist Church with wife and two young sons. Martin and his family became faithful attenders of the church. As Martin saw the many needs around our church campus, he began volunteering his time to paint and repair old cabinets, replace floors, move old furniture, repair doors, and much more. Mr. Kao repaired so many property needs that our church staff did not have the time, resources, or knowledge to do.

As with most organizations, the pandemic caused many challenges for our church. In the middle of working through many difficulties, Mr. Kao provided so many blessings for our church and staff, always going above and beyond what was required. When our ministerial staff asked Mr. Kao if he could help us build a coffee cart we could use for our community moms' group and for our community English conversation classes, he happily agreed. The church staff showed Mr. Kao an old changing table we had found at the church. Days later, Mr. Kao returned to the church with the changing table transformed into a beautiful cart that far exceeded our expectations. In addition to his carpentry and handyman skills, Mr. Kao also began blessing our church family with his culinary skills by cooking and providing meals for church family gatherings. Even more than his humble and generous acts of service, Mr. Kao blesses many in our church family with his friendship and encouragement. When a newly single mom in our church family was overwhelmed by having three kids with birthdays back-to-back, Mr. Kao and his wife came alongside the mom and generously hosted a birthday party for her kids, taking care of every detail.

I have also had the pleasure of knowing Mr. Kao as a neighbor, as he and his young family have spent much of the past year and a half living across the street from me. Every time I have needed help with something at my home, Mr. Kao has cheerfully come to help me. As a single woman who is still learning how to care for a home by herself, Mr. Kao has been incredibly helpful to me as a neighbor.

Over the past year, Mr. Kao and I have frequently spoken about all he has learned about himself over the last few years. I have been so encouraged by his honesty and humility. Though many aspects of Mr. Kao's daily life have changed over the last few years, he continues to be a devoted husband to Tiffany and father to Marty and Mickey. Together, Tiffany and he continue to care for their aging parents.

This year, Mr. Kao took a job at the Cheesecake Factory. I think many people would be surprised that a former CEO would take a job washing dishes at a restaurant. However, after sharing life with Mr. Kao over the last year and a half, I wasn't surprised. I have watched Martin Kao humbly and vulnerably tell others his story. I have watched him spend hours working on his hands and knees putting in a new floor and asking to not receive any credit for it. I have watched him faithfully love his family and put them first, even on the hardest of days. I did not know Mr. Kao before his arrest, but it is my privilege to share about the humility, kindness, generosity, service, and compassion I have witnessed in Mr. Kao, my neighbor and friend.

Sincerely,

**Dani Beth Crosby**
Family & Communications Minister
University Avenue Baptist Church

June 19, 2024

Honorable Judge Kohayahsi:

I am writing this letter in support of Martin Kao.

Martin and I first met 7 years ago in a professional capacity. I am a Financial Advisor at Merrill Lynch, and we handled Mr. Kao's personal assets, as well as the assets for his company. We had an excellent professional association, but that was the extent of our relationship. Mr. Kao and his company no longer remain clients of Merrill after his arrest in 2020. I am writing this letter not in the capacity of Merrill Lynch, but based on my personal perspective and friendship I have developed with Martin.

Martin was always very forthright with me about the circumstances surrounding his arrest. Over the last four years we have developed our personal friendship and I have seen Martin develop a religious and philosophical way of now looking at the events of his life.

In the professional capacity in which I knew Martin, I saw him as a person that was extremely ambitious and myopically focused on his career and company. Now from a personal perspective, I see Martin as a person of faith, a loving husband and father, and a caring and honorable son to his parents.

Of course I can still see that Martin is very driven and his work ethic and ambitions directed toward rebuilding his life. I was shocked when Martin told me he got a job as a cook at the Cheesecake Factory. After two years of working as a dishwasher and cook, I saw and developed a deep respect for Martin's humility and determination. He told me that he had to prove to himself that he was humble enough to start at the bottom and remind himself that there is no job or task he is too good to do.

I hope Your Honor can see the good things I have come to see in Martin and not just his past mistakes. The honesty and humility he has demonstrated to me over these past years has allowed us to become and remain friends. I admire his ability to press forward, no matter how difficult his situation or circumstances. Including going back to school and taking classes at Kapiolani Community College and Harvard University.

I forget where I first heard this quote, but it is a philosophy I believe in: "No matter how stained your past, your future is still spotless." I hope you will give Martin the opportunity to start anew and create a future we and Hawaii can be proud of.

Sincerely,

Christopher Hochuli



**CLAY
IWAMURA & PULICE & NERVELL**
Attorneys at law

Topa Financial Center, Bishop Street Tower
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Tele. 808-535-8400
Fax 808-535-8444
www.paclawteam.com

*Bonnie L. Moore: (808) 228-4402*
*Email: BMoore@paclawteam.com*

June 21, 2024

Via Email - Melinda_Yamaga@fd.org

The Honorable Leslie E. Kobayashi.
c/o Melinda K. Yamaga, Esq.
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

Re:    Martin Kao

Dear Judge Kobayashi,

I am writing this letter on behalf of Martin Kao. I have known Martin and his wife, Tiffany, for well for over a year now, but we knew of each other many years before that. I have been their attorney for their estate planning documents but they also are good friends now who attend my ministry conferences and Bible study.

Martin is a man of integrity and of his word. He takes full responsibility for his actions and blames and shames no one. He is kind to all. He keeps a good attitude despite major setbacks and momentous challenges. In the last four years, he and his family have been crushed and have lost almost everything, but he does not run. He faces things full on. He is willing to step up to the plate even when others run.

He is humble and willing to work hard and with excellence at any work he undertakes from remodeling and refurbishing his church as a volunteer, working as a cook at Cheesecake factory, to being a CEO and manager of a tremendous enterprise. He is a brilliant man. Wherever he is, he causes the place to flourish and prosper. His heart is to serve and help others.

He is a faithful and loyal husband and father. He maintains the home with love and cheerfulness even in these trying times. His family stays close to him and leans on him as the strong one. His two sons love and honor him, as does his beautiful wife. These trials and loss of all they had so diligently worked for over the years has not divided them but brought them closer together and that is due to Martin's strength to not pull them all down into fear and depression. Instead he turned his heart to God to seek the answers he needed about life to stay strong and go forward.



ALFA International



PACIFIC LAWYERS

www.pacificlawyers.law

The Honorable Leslie E. Kobayashi
Page 2

I know a little of what he is going through and yet he will not give in and give up. Those who were once his friends and colleagues turned against him, betrayed him to enlarge their own glory and satisfy their greed, and are seeking to strip him of everything he has worked for in his life. They seek his ruin to the last penny they can get from him and the members of his family. It has not been an easy road, but through all this, he has not gone under from their vicious attacks.

Martin has faced the opposition and has come through with no ill will or malice in his heart to them. In fact, in all this, he has spoken to me of the lessons about life, about the goodness and love of God, and about other people, that is, what they have in their hearts, he has learned from all this. He has been refined as gold in the fire and has developed a heart of gratitude for his life and purpose.

His heart has enlarged to contain those who are suffering in a whole new dimension of generosity to them and kindness. His co-workers in the kitchen at the Cheesecake factory have experienced his care and kindness. He is not so proud of his achievements and education as to allow that to get in the way of being there for those less fortunate, even those who have been in prison, for he sees them in a whole new light at this time in his life.

What he did that has caused him to come before your court was not intentional and certainly not instigated as any kind of fraud but was honestly thought to be correct. Though he had a position of responsibility he was convinced that what was submitted contained the correct numbers relying on the hiring they did. It would be totally unjust to sentence him to any kind of incarceration. He needs no curtailment, rehabilitation, or punishment, he has been through the fire already and in both the criminal justice system and the civil courts.

The path of those who seek his ruin is relentless, but he continues to lean on God as his shepherd, teacher, refuge, wisdom, and guide through it all. He has been more than humbled and humiliated, he has more than repented, he has been transformed by the renewal of his mind to see life in a whole new way—as a beautiful gift from God that none of us deserve but which we all can cherish and enjoy. He is one that can be trusted anywhere and everywhere. He has more than suffered and paid for all and is ready to move on to higher callings.

Thank you for giving us the opportunity to share with you about Martin. I was so encouraged when I heard you are the Judge in this matter. Martin and his family have blessed my life with their humility, appreciation, and love. The spark that is in their hearts now for God shines brightly in their lives as an encouragement to those who are suffering.

Sincerely yours,

*Bonnie L. Moore*

Bonnie L. Moore

 

ALFA International     PACIFIC LAWYERS

www.pacificlawyers.law